1  NANCI L. CLARENCE (SBN 122286)
   CRAIG H. BESSENGER (SBN 245787)
2  CLARENCE & DYER LLP
   899 Ellis Street
3  San Francisco, CA 94109
   Telephone: (415) 749-1800
4  Facsimile: (415) 749-1694
   Email: nclarence@clarencedyer.com
5         cbessenger@clarencedyer.com

6  Attorneys for Defendant
   DANIEL VOLL
7

8
                IN THE UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12
   UNITED STATES OF AMERICA,            Case No.: CR 10-180 (JSW)
13
              Plaintiff,
14                                      **REQUEST FOR ORDER PERMITTING
       v.                               TRAVEL; [PROPOSED] ORDER**
15
   DANIEL VOLL,
16
              Defendant.
17

18

19
       Defendant Daniel Voll, by and through undersigned counsel, hereby submits this request for an
20
   order permitting travel outside of the Northern District of California.
21
       On April 1, 2010, Mr. Voll was arraigned by this Court and released on his own recognizance.
22
   One of the conditions of his release is that Mr. Voll not travel outside of the Northern District of
23
   California without prior approval of the Court.
24

25  / / /

26  / / /

27  / / /
28

REQUEST FOR ORDER PERMITTING TRAVEL
Case No.: CR 10-180 (JSW)                                                          1

1  Mr. Voll now requests permission to travel outside the District to New York from June 10th to
2  14th for a family reunion. Undersigned counsel has informed the U.S. Attorney's office of Mr. Voll's
3  travel plans, and it has no objections.

Respectfully submitted,

Dated: May 12, 2010

/s/: Craig Bessenger
CRAIG H. BESSENGER
CLARENCE & DYER LLP
Attorneys for Defendant, Daniel Voll

IT IS SO ORDERED.

Dated: 5/14/2010

Hon. Bernard Zimmerman
U.S. Magistrate Judge

REQUEST FOR ORDER PERMITTING TRAVEL
Case No.: CR 10-180 (JSW)                                            2